PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JAMES MOYE,<br><br>             Defendant. | Case No. 1:16-po-00229-BAM<br><br>[Citation #6309992 and 6309989 CA/82]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00229-BAM [Citation #6309992 and 6309989 CA/82] against JAMES MOYE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that any outstanding warrant or abstract be withdrawn.

DATED: February 9, 2017                              Respectfully submitted,

                                                     PHILLIP A. TALBERT
                                                     United States Attorney

                                            By:      /s/ Michael G. Tierney
                                                     MICHAEL G. TIERNEY
                                                     Assistant U.S. Attorney

1
2

**O R D E R**

3
4
5

IT IS SO ORDERED that Case Number 1:16-po-00229-BAM [Citation #6309992 and 6309989 CA/82] against JAMES MOYE be dismissed without prejudice, in the interest of justice, and that any outstanding warrant or abstract be withdrawn.

6
7

Dated:  **February 10, 2017**         
UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28